**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4288
(410) 962-3844 FAX

January 28, 2016

Benjamin L. Davis, III, Esquire
James A. Lanier, Esquire
Law Offices of Peter T. Nicholl
Suite 1700, Charles Center South
36 South Charles Street
Baltimore, MD  21201

Suzzanne W. Decker, Esquire
Tony W. Torain, Jr., Esquire
Miles & Stockbridge, PC
100 Light Street
Baltimore, MD  21202

RE:  Sunday Alexander, et al. v. Bryan Voltaggio, et al.
Civil No. ELH-15-2563

Dear Counsel:

    Thank you for your email.  I understand that counsel would like to postpone the settlement conference currently scheduled for February 10, 2016, in light of ongoing settlement discussions.  Accordingly, the February 10th conference will be cancelled.  Please advise me by **February 10th**, whether you have reached a settlement or if you would like to reschedule this conference.

    Despite the informal nature of this letter, it is an Order of the Court and will be docketed accordingly.

Very truly yours,

/s/

Beth P. Gesner
United States Magistrate Judge