LAW OFFICES
## PETER T. NICHOLL
ATTORNEYS AND COUNSELORS AT LAW

SUITE 1700
36 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201

TELEPHONE (410) 244-7005
1-800-303-4930
FAX (410) 244-1047
WWW.NICHOLLLAW.COM

PETER T. NICHOLL *·
WILLIAM C. BURGY *·
MICHAEL T. EDMONDS *·▼
WILLIAM BEVERIDGE, JR. *·▼
KEVIN P. BILMS *
SCOTT E. NEVIN *·▼
THOMAS F. BURRIS, III ▼
GARY S. TOSADORI *
STEVEN M. LUBAR *
BRUCE H. POWELL *·
TERESA EPPS CUMMINGS *
JAMES A. LANIER *
GEORGE E. SWEGMAN *·
JOSEPH E. SPICER *
CAITLIN K. NICHOLL *·
ROBERT J. LEONARD *
BENJAMIN L. DAVIS, III *
JOHN M. WILLIAMS, JR. *
JASON M. WEINER *·

VIRGINIA OFFICE
SUITE 202
430 CRAWFORD STREET
PORTSMOUTH, VA 23704
(757) 397-6424

* ADMITTED IN MD
· ADMITTED IN DC
△ ADMITTED IN NJ
▼ ADMITTED IN VA
◆ ADMITTED IN DE
⋆ ADMITTED IN VA, NY, MA

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 FEB 10 PM
CLERK'S OFFICE
AT BALTIMORE
BY_____

Rec'd 2/10/16 ELH

February 9, 2016

Approved. The motion for the approval of the settlement is due by 3/14/16.
ELH
USDJ 2/10/16

The Honorable Ellen L. Hollander
U.S. District Court of Maryland
101 W. Lombard St.
Baltimore, MD 21201

Re: **Sunday Aleaxander, et al. v. Bryan Voltaggio, et al.**,
Civil Action No. 1:15-cv-02563-ELH

Dear Honorable Judge:

This letter is for purposes of advising the Court as to the current status of the matter captioned above. The Parties have been `able to resolve this matter without the assistance of Judge Gesner.

Because the Parties have reached an agreement, we jointly request that all deadlines in the Scheduling Order be stayed for thirty (30) days. The Parties' motion regarding their request for judicial approval of the settlement will be filed with the Court within thirty (30) days of this letter.

Suzzanne Decker, counsel for Defendants, has reviewed this correspondence and has authorized all content within. We would both like to thank you in advance for your attention to this matter. Please let us know if you have any additional questions or concerns.

Very truly yours,

Benjamin L. Davis, III